**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **NAHEE ALLEN,** *Plaintiff,* <br><br> **v.** <br><br> **MARINE ACQUISITION CORPARATION/MARINE ACQUISITION (US) INCORPORATED t/a DOMETIC; DOMETIC CORPORATION; AND TEMP STAR STAFFING LTD,** *Defendants.* | **Civil No. 24-5417** |

## <u>ORDER</u>

**AND NOW,** on this 27th day of February, 2026, upon consideration of Defendants

Marine Acquisition Corporation and Dometic Corporation's Motion to Dismiss (ECF No. 11),

Defendant Temp Star Staffing LTD's Motion to Dismiss (ECF No. 9), and all corresponding

briefing, it is hereby **ORDERED** that both Motions are **GRANTED**.

**BY THE COURT:**

MARY KAY COSTELLO
United States District Judge